## IN THE UNITED STATES DISTRICT COURT FOR

## THE DISTRICT OF NEW MEXICO

**LISA WAITE,**

    **Plaintiff**

**vs.**                      **Civ. No. 1:22-cv-986 KG/KRS**

**EDURO HEALTHCARE, LLC, CABEZON
NURSING AND REHAB CENTER, LLC,
JOSEPH FOXWOOD, JOLENE GUTIERREZ,
JERA BAILEY, AND CATE DYER,**

    **Defendants.**

### ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE INITIAL DISCLSOURES

THIS MATTER having come before the Court on the Parties' motion for extension of

time to file initial disclosures, the Court being fully advised in the premises, finds that the

Motion is well taken and shall be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that extension is

granted and the Parties are to file the Initial Disclosures on September 12, 2023.


                               _____
                               KEVIN R. SWEAZEA
                               UNITED STATES MAGISTRATE JUDGE

SUBMITTED AND APPROVED BY:

GADDY LAW FIRM

*/s/Brian Gaddy*
Brian Gaddy
4420 Prospect Ave. NE
Albuquerque, NM 87110
P:  (505) 889-9090
brian@gaddyfirm.com
*Attorneys for Plaintiffs*


Rodey, Dickason, Sloan, Akin & Robb, P.A.

*/s/ Approved via email dated 9-5-23*
Charles J. Vigil
Samantha M. Hults
P.O. Box 1888
Albuquerque, NM  87103
Phone: (505) 765-5900
cvigil@rodey.com
shults@rodey.com
*Attorneys for the Defendants*