IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW MEXICO

LISA WAITE,

   Plaintiff

vs.                                     Civ. No. 1:22-cv-986 KG/KRS

EDURO HEALTHCARE, LLC, CABEZON
NURSING AND REHAB CENTER, LLC,
JOSEPH FOXWOOD, JOLENE GUTIERREZ,
JERA BAILEY, AND CATE DYER,

   Defendants.

## ORDER

**THIS MATTER** is before the Court on the Request for Excusal by Individual Defendants (Joseph Foxhood, Jolene Gutierrez, Jera Bailey and Cate Dyer) from Attendance at Settlement Conference, (Doc. 44), filed July 3, 2024. Individual Defendants state they will be adequately represented at the settlement conference by a representative with full authority to settle the above listed lawsuit. The other Defendant does not oppose the motion, and counsel for Plaintiff does not oppose the excusal.

    **IT IS THEREFORE ORDERED** that the Request to Excuse Individual Defendants from Attendance at Settlement Conference, (Doc. 44), is **GRANTED** and Individual Defendants are excused from attending the settlement conference scheduled on July 9, 2024

_/s/ Kevin Sweazea_
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE