IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LISA WAITE,

    Plaintiff,

v.                                      No. 1:22-cv-986 KG/KRS

EDURO HEALTHCARE, LLC,
CABEZON NURSING AND REHAB CENTER, LLC,
JOSEPH FOXWOOD, JOLENE GUTIERREZ,
JERA BAILEY, and CATE DYER,

    Defendants.

## ORDER FOR EXPEDITED BRIEFING

THIS MATTER is before the Court on Plaintiff's Motion to Appear for Deposition via Zoom, (Doc. 59), filed August 1, 2024. Plaintiff asks the Court to allow her to appear for her deposition via Zoom, and notes that Defendants oppose the Motion. Considering that Plaintiff's deposition is set for August 30, 2024, the Court orders expedited briefing as follows:

1. Defendants' response to Plaintiff's Motion to Appear for Deposition via Zoom, (Doc. 59), is due by **August 8, 2024**; and

2. Plaintiff's reply is due by **August 13, 2024**.

                                                            KEVIN R. SWEAZEA
                                                            UNITED STATES MAGISTRATE JUDGE