IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LISA WAITE,

    Plaintiff,

v.                                            No. 1:22-cv-986 KG/KRS

EDURO HEALTHCARE, LLC,
CABEZON NURSING AND REHAB CENTER, LLC,
JOSEPH FOXWOOD, JOLENE GUTIERREZ,
JERA BAILEY, and CATE DYER,

    Defendants.

## ORDER FOR EXPEDITED BRIEFING

THIS MATTER is before the Court on Plaintiff's Motion for Reconsideration on Order Denying Plaintiff's Motion to Appear for Deposition via Zoom, (Doc. 63), filed August 16, 2024. On August 14, 2024, the Court denied Plaintiff's Motion to Appear for Deposition via Zoom, which was based on Plaintiff's assertion that traveling for her deposition would be a financial burden. (Doc. 62). Now Plaintiff raises for the first time that it would be difficult for her to travel for her deposition due to her medical condition, and she attaches a letter from her doctor dated August 15, 2024. Considering that Plaintiff's deposition is set for August 30, 2024, the Court orders expedited briefing as follows:

1.     Defendants' response to Plaintiff's Motion for Reconsideration, (Doc. 63), is due by **August 21, 2024**; and

2.     Plaintiff's reply is due by **August 22, 2024**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE