IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LISA WAITE,

    Plaintiff,

v.                                                  No. 1:22-cv-986 KG/KRS

EDURO HEALTHCARE, LLC,
CABEZON NURSING AND REHAB CENTER, LLC,
JOSEPH FOXWOOD, JOLENE GUTIERREZ,
JERA BAILEY, and CATE DYER,

    Defendants.

## ORDER GRANTING MOTION FOR PROTECTIVE ORDER (Doc. 57)

THIS MATTER is before the Court on Defendant's Motion for Protective Order, (Doc. 57), filed July 30, 2024. Defendant seeks a protective order regarding topics in Plaintiff's Rule 30(b)(6) deposition notice and document requests that the parties have not been able to resolve. Plaintiff did not file a response to the Motion for Protective Order and the time for doing so has passed, which constitutes consent to grant the Motion. *See* D.N.M. LR-Civ. 7.1(b) ("The failure of a party to file and serve a response in opposition to a motion within the time prescribed for doing so constitutes consent to grant the motion."). Defendant filed a Notice of Completion of Briefing on August 21, 2024. (Doc. 67). Having reviewed the Motion for Protective Order, record of the case, and relevant law, and noting that Plaintiff did not file a response, the Court GRANTS Defendant's Motion for Protective Order.

IT IS THEREFORE ORDERED that Defendant's Motion for Protective Order, (Doc. 57), is GRANTED and the following deposition topics and document requests are

prohibited: Plaintiff's Rule 30(b)(6) Topics 2, 3, 4, 8, 10, 11, 12, 15, 16, and 17; and Document Requests 1, 4, 7, 8, 9, 12, and 13.

    IT IS SO ORDERED.

                                            _____
                                            KEVIN R. SWEAZEA
                                            UNITED STATES MAGISTRATE JUDGE