IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LISA WAITE,

    Plaintiff,

v.                                                             Civ. No. 1:22-cv-986-KG-KRS

EDURO HEALTHCARE, LLC, CABEZON
NURSING AND REHAB CENTER, LLC,
JOSEPH FOXWOOD, JOLENE GUTIERREZ,
JERA BAILEY, and CATE DYER,

    Defendants.

## ORDER OF REMAND

In a contemporaneously filed Memorandum Opinion and Order, (Doc. 146), the Court granted Defendants Eduro Healthcare, LLC, Cabazon Nursing and Rehab Center, LLC, Joseph Foxhood, Jolene Gutierrez, Jera Bailey, and Cate Dyer's (collectively, "Defendants") Motion for Summary Judgment of Plaintiff's FMLA Interference (Count I) and Wrongful Termination (Count II) Claims, (Doc. 120). In that Memorandum Opinion and Order, the Court dismissed Plaintiff's federal claims with prejudice and declined to exercise supplemental jurisdiction. For the reasons given therein, the Court REMANDS this case to the Thirteenth Judicial District Court, County of Sandoval, State of New Mexico.

    IT IS SO ORDERED.

                                                                       /s/_____
                                                                       KENNETH J. GONZALES[1]
                                                                       CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.